This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**MARCUS J. PADILLA,**

    Petitioner-Appellee,

v.                                   **NO. 35,420**

**MELISSA GUM n/k/a**
**MELISSA TORRES,**

    Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SOCORRO COUNTY**
**James T. Martin, District Judge**

Sun of Justice Law Firm
Jane Rocha De Gandara
Los Lunas, NM

for Appellee

L. Helen Bennett, P.C.
L. Helen Bennett
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VANZI, Chief Judge.**

**{1}** Mother appeals from the district court's custody order, ruling, among other things, that Child should remain with Father in New Mexico and not move to California to live with Mother, Child's stepfather, and his step- and half-siblings. We issued a notice of proposed summary disposition, acknowledging that this was a difficult custody decision. We saw no abuse of discretion, however, and proposed to affirm. Mother has responded to our calendar notice with a notice of intent, indicating that she does not intend to file a memorandum in opposition and will not oppose our proposed disposition.

**{2}** For the reasons stated in our notice, we affirm the district court.

**{3}** **IT IS SO ORDERED.**


_____

**LINDA M. VANZI, Chief Judge**

**WE CONCUR:**


_____

**J. MILES HANISEE, Judge**


_____

**STEPHEN G. FRENCH, Judge**